IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| ROBERT COLEMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:09-cv-00036 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Award of Attorneys Fees (Doc. No. 38) ("Motion") pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d). Defendant has responded in support. (Doc. No. 39.) The Court hereby **GRANTS** the aforementioned Motion, and awards Plaintiff's counsel attorney's fees in the amount of $4,082. Payment will be made in a check payable to "Robert Coleman" and sent to the attention of his attorney, Michael P. Williamson, at his office address.

It is so ORDERED.

Entered this the _____ day of December, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT